UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No. 19-cr-20652
                                    Honorable David M. Lawson

vs.

D-4 Patricia Flannery,

        Defendant.

_____

**Notice Regarding Amount of Forfeiture Money Judgment
to be Imposed Against Defendant Patricia Flannery**

_____

        On or about January 10, 2023, the Court entered a Preliminary Order of Forfeiture imposing a money judgment against defendant Patricia Flannery ("defendant") in an amount to be determined by the Court at or before the sentencing hearing. (ECF No. 240). The Court has since determined that the money judgment amount is $10,000.00, which is the amount the defendant obtained as a result of her offense. Defendant's attorneys, LaRene & Kriger, advised the undersigned attorney that they have no objection to the Court finding $10,000.00 is the amount of the money judgment that should be imposed against the defendant.

        The proposed Amendment to Preliminary Order of Forfeiture that sets forth the amount of the money judgment shall be submitted concurrently via ECF

Utilities for entry by the Court. The Preliminary Order of Forfeiture, once it is amended, shall become the Final Order of Forfeiture.

                                        Respectfully submitted,

                                        Dawn N. Ison
                                        United States Attorney

                                        <u>S/Shankar Ramamurthy</u>
                                        Shankar Ramamurthy (IL 6306790)
                                        Assistant United States Attorney
                                        211 W. Fort Street, Suite 2001
                                        Detroit, MI 48226
                                        (202) 924-5368
                                        Shankar.Ramamurthy@usdoj.gov

Dated: June 27, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2023, the foregoing was electronically filed using the ECF system, which will send notification of such filing to all ECF participants.

S/Shankar Ramamurthy
Shankar Ramamurthy (IL 6306790)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(202) 924-5368
Shankar.Ramamurthy@usdoj.gov
