UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                               Case Number 19-20652

v.                                              Honorable David M. Lawson

PATRICIA FLANNERY,

        Defendant.

_____/

## **ORDER AMENDING PRELIMINARY ORDER OF FORFEITURE**

On September 26, 2019, the defendant was charged along with four codefendants with healthcare fraud, 18 U.S.C. § 1347, and conspiracy to commit wire fraud and health care fraud, 18 U.S.C. § 1349. The charges arose from the defendant's conduct as an employee of several pharmacies which allegedly obtained fraudulent reimbursements from the Medicare program for numerous mail order deliveries of medically unnecessary medications. The indictment included forfeiture allegations giving notice to the defendant that, among other things, upon her conviction of the offenses charged, the defendant would forfeit to the United States any property constituting proceeds from the alleged fraudulent activities. The indictment also provided notice that the government would seek a money judgment against the defendant in an amount to be determined by the Court. After the defendant entered her guilty plea, the Court granted the government's unopposed application for entry of a preliminary order of forfeiture. The preliminary order of forfeiture provided that a money judgment would be entered in an amount to be determined at sentencing. On June 27, 2023, the defendant was sentenced, and during the sentencing hearing the Court determined the amount of the money judgment as $10,000. The Court will order the preliminary order of forfeiture to be amended accordingly.

- 2 -

Accordingly, it is **ORDERED** that the preliminary order of forfeiture is **AMENDED** as follows: A money judgment shall be entered in favor of the government and against the defendant in the amount of $10,000.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   June 28, 2023