UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                              Case Number 19-20652

v.                                           Honorable David M. Lawson

PATRICIA FLANNERY,

                    Defendant.

_____ /

**ORDER GRANTING MOTION**
**TO EXTEND SURRENDER DATE**

The defendant was sentenced and ordered to surrender to the custody of the Bureau of Prisons to begin serving her sentence, at a time and place to be determined by the BOP. On November 17, 2023, the defendant filed an unopposed motion to extend the surrender date. The defendant asks the Court to extend her surrender date until after she testifies at the trial of a codefendant, which is scheduled to occur in the District of New Jersey in June 2024. The Court has considered the request to extend the surrender date and finds that it should be granted.

Accordingly, it is **ORDERED** that the defendant's motion to extend her surrender date (ECF No. 329) is **GRANTED**. The defendant must report to the designated institution to begin serving her sentence at a date and time to be determined by the Bureau of Prisons, **but not before July 1, 2024**.

                                         s/David M. Lawson
                                         DAVID M. LAWSON
                                         United States District Judge

Dated:   November 30, 2023