UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     Case No. 2:19-cr-20652
                                        Hon. David M. Lawson

PATRICIA FLANNERY,

        Defendant.
_____/

**UNOPPOSED MOTION TO EXTEND REPORTING DATE**

NOW COMES PATRICIA FLANNERY, by and through her attorney, Mark J, Kriger, and moves this Honorable Court for the entry of an order extending the time by which she is to report to the designated institution to begin service of her sentence until July 22, 2024, and in support of said motion says as follows:

1. Ms. Flannery entered a guilty plea in this case, was sentenced, on June 27, 2023, to serve a term of a year and a day in custody, and was scheduled to report to the institution designated for service of that sentence (the Satellite Camp at FCI Danbury, Conn.) on January 2, 2024.

2. On November 17, 2023, defendant filed a Motion to Extend Reporting date to July 1, 2024 because counsel for the Government informed undersigned counsel

that Ms. Flannery may be called as a witness for the Government in *United States v. Katherine Peterson* which this Court granted on November 30, 2023.

    3. The Government has now issued Ms. Flannery a subpoena to testify in *United States v. Katherine Peterson* which is scheduled to begin on June 24, 2024 and Government counsel informed undersigned counsel that it is possible that she will be called as a witness after July 1, 2024.

    4. If Ms. Flannery is required to report on July 1, 2024 and is is required to testify after July 1, 2024, she will have to endure the rigors of being transported to this District to testify, in shackles and chains, with stops in county jails, under oppressive conditions of confinement.

    5. Therefore, the interests of justice would best be served if her sentencing were delayed until after Ms. Peterson's trial.

    6. Counsel has conferred with Assistant United States Attorney Shankar Ramamurthy, who has authorized him to represent that the government does not oppose the grant of relief herein sought and defers to the Court's discretion in granting the relief requested.

    WHEREFORE, defendant respectfully prays that this Honorable Court enter an Order extending the time by which she is to report to the institution to begin service of her sentence until July 22, 2024.

                                        Respectfully submitted,
                                        s/Mark J. Kriger
                                        *Attorney for Defendant Flannery*
                                        645 Griswold Street
                                        Penobscot Building, Suite 1717
                                        Detroit, MI 48226
                                        (313) 967-0100
                                        mkriger@sbcglobal.net

DATED: June 7, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                           Case No. 2:19-cr-20652
                                                  Hon. David M. Lawson

PATRICIA FLANNERY,

        Defendant.
_____/

**MEMORANDUM BRIEF IN SUPPORT OF
MOTION TO EXTEND REPORTING DATE**

**Question presented:** Whether Ms. Flannery's reporting date should be extended so that she can complete her cooperation with the government?

**Principal authority..** *United States v. Colomb,* 419 F.3d 292, 299 (5th Cir. 2005).

As noted in the motion in support of which this memorandum is written, it is anticipated that if Ms. Flannery is required to report to begin service of the custodial portion of her sentence before giving testimony at the trial of the co-defendant Katherine Peterson, her appearance as a witness will likely be attended by unnecessarily harsh conditions of transportation and confinement which, in essence, will result in punishing her for her cooperation rather than rewarding her.

Accordingly, defendant contends - and the government does not disagree - that the interests of justice would best be served if her sentencing were delayed until July 22, 2024.

As the Fifth Circuit noted in *United States v. Colomb,* 419 F.3d 292, 299 (5th Cir. 2005), "[a] district court has inherent power 'to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). The Court unquestionably has the discretion to grant the defendant's request, and counsel would suggest that it should do so in the informed exercise of that discretion.

Respectfully submitted,

s/Mark J. Kriger
*Attorney for Defendant Flannery*
645 Griswold Street
Penobscot Building, Suite 1717
Detroit, MI 48226
(313) 967-0100
mkriger@sbcglobal.net

DATED: June 11, 2024

2

CERTIFICATE OF SERVICE

I hereby certify that on   I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

s/ Mark J. Kriger
LaRene & Kriger, P.L.C.
1717 Penobscot Building
Detroit, Michigan 48226
(313) 967-0100
E-mail: mkriger@sbcglobal.net
Michigan Bar No. 30298
