UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,               Case Number 19-20652

v.                                   Honorable David M. Lawson

PATRICIA FLANNERY,

        Defendant.
_____/

## ORDER GRANTING THIRD MOTION TO EXTEND SURRENDER DATE

The defendant was sentenced and ordered to surrender to the custody of the Bureau of Prisons to begin serving her sentence at a time and place to be determined by the BOP. On November 17, 2023, the defendant filed an unopposed motion to extend the surrender date, which was granted. The defendant filed a second motion to extend her surrender date on June 11, 2024. In her second motion, the defendant asked the Court to delay her surrender into custody until after she testified in another case, which was scheduled to occur in the District of New Jersey in late June 2024 and was expected to continue through early July 2024. The Court granted that request. On July 11, 2024, the defendant filed her present motion, asking the Court to extend her surrender date to August 20, 2024 to permit the government additional time to determine whether it would file a motion for a reduction in sentence under Federal Rule of Criminal Procedure 35(b). The government does not oppose this request. The Court has considered the defendant's motion and finds that it should be granted.

Accordingly, it is **ORDERED** that the defendant's third motion to extend her surrender date (ECF No. 351) is **GRANTED**. The defendant must report to the designated institution to

begin serving her sentence at a date and time to be determined by the Bureau of Prisons, **but not before August 20, 2024**.

                                                   s/David M. Lawson
                                                   DAVID M. LAWSON
                                                   United States District Judge

Dated:   July 15, 2024