UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                      Case Number 19-20652

v.                                               Honorable David M. Lawson

PATRICIA FLANNERY,

        Defendant.
_____/

## ORDER DENYING FOURTH REQUEST TO EXTEND SURRENDER DATE

The defendant was sentenced and ordered to surrender to the custody of the Bureau of Prisons to begin serving her sentence, at a time and place to be determined by the BOP. On November 17, 2023, the defendant filed an unopposed motion to extend the surrender date, which was granted. The defendant filed a second motion to extend her surrender date on June 11, 2024. In her second motion, the defendant asks the Court to delay her surrender into custody until after she testifies at the trial of a codefendant, which was scheduled to occur in the District of New Jersey in late June 2024 and was expected to continue through early July 2024. That request was granted on June 11, 2024. The trial in New Jersey has concluded. The defendant filed her third motion to extend her surrender date on July 11, 2024. In her third motion, the defendant asks the Court to delay her surrender into custody because the government was contemplating filing a motion for reduction of sentence pursuant to Fed. R. Cr. P. 35(b). Defense counsel indicated that the government did not oppose that request. The Court likewise granted the request and extended the surrender date to August 20, 2024.

The parties have now filed a stipulation to extend the surrender date a fourth time for the same reason: that the government anticipated filing a motion to reduce the sentence under Rule 35(b). However, the government already has filed its motion on August 14, 2024. The Court is

- 2 -

prepared to rule on that motion, but defense counsel notified chambers that he intends to file a response. In any event, though, the reason to extend the surrender date further cited in the stipulation (and the previous motions) no longer exists, and there is no good reason to postpone further the service of the defendant's sentence.

    Accordingly, it is **ORDERED** that the defendant's fourth request to extend her surrender date (ECF No. 357) is **DENIED**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated:  August 14, 2024